UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:13-CR-15-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIONYSIS WILLIAMS | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Wednesday, August 7, 2013, in New Bern. The case is hereby CONTINUED to 11/6/2013 in New Bern , North Carolina.

This 22nd day of July 2013.

_____
Louise W. Flanagan
U.S. District Judge